# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2018

156802

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

*In re* Application of CONSUMERS ENERGY
COMPANY to Increase Rates.

_____

ASSOCIATION OF BUSINESSES
ADVOCATING TARIFF EQUITY,
      Appellant,

v

CONSUMERS ENERGY COMPANY,
      Petitioner-Appellee,

and

MICHIGAN PUBLIC SERVICE COMMISSION,
MICHIGAN CABLE TELECOMMUNICATIONS
ASSOCIATION, MICHIGAN
ENVIRONMENTAL COUNCIL, NATURAL
RESOURCES DEFENSE COUNCIL, and
HEMLOCK SEMICONDUCTOR
CORPORATION,
      Appellees.

_____/

SC: 156802
COA: 330675
MPSC: 00-017735

On order of the Court, the application for leave to appeal the December 28, 2017 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Henderson v Civil Serv Comm* (Docket No. 156270) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2018



p1002

Clerk